No. 10-4188

In The

# United States Court of Appeals
# For the Third Circuit

---

DORIAN SWAN,

Appellant,

v.

UNITED STATES

OF AMERICA,

Appellee.

---

Appeal from Decision of the District Court of the Virgin Islands,

Div. of St. Thomas and St. John, before the Honorable Chief Judge Curtis Gomez

**APPENDIX**

Volume 1 of 15 Pages 0001–0008

Counsel For Petitioner
ALVIN E. ENTIN
Entin & Della Fera, P.A.
110 S.E. 6th Street, #1970
Telephone: (954)761-7202

| | | |
|---|---|---|
| Notice of Appeal | **D.E. # 1248** | **0001** |
| Judgement in a Criminal Case | **D.E. # 1260** | **0003** |

**Certificate of Service**

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 2006-80 |
| | ) | |
| DORIAN SWAN, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that defendant Dorian Swan hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment and sentence entered in the above-captioned matter on October 25, 2010.

Respectfully submitted,

**DATED**: October 27, 2010

By: s\Gregory H. Hodges
Gregory H. Hodges
Michael C. Quinn
**DUDLEY, TOPPER and FEUERZEIG, LLP**
1000 Frederiksberg Gade, P.O. Box 756
St. Thomas, VI 00804
Telephone: (340) 715-4405
Telefax: (340) 715-4400
E-Mail: ghodges@dtflaw.com
mquinn@dtflaw.com

Attorneys for Defendant Dorian Swan

0001

United States v. Dorian Swan, et. al.
Crim. No. 06-80
Page 2 of 2

## CERTIFICATE OF SERVICE

It is hereby certified that today, August 20, 2010, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all registered counsel of record.

s/Michael C. Quinn

Case: 10-4188  Document: 003110456927  Page: 5  Date Filed: 03/03/2011
Case: 3:06-cr-00080-CVG-RM  Document #: 1260  Filed: 11/08/10  Page 1 of 6
AO 245B (Rev. 06) Judgment in a Criminal Case
Sheet 1

# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| SWAN, DORIAN LANE | Case Number: 3:06CR00080-G-0010 |
| | USM Number: 58800-019 |
| | Michael Quinn & Gregory Hodges, Esquire |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

**X** was found guilty on count(s) ___I___
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii)(II), | Conspiracy to Possess with Intent to Distribute a Controlled Substance | 01/11/2007 | I |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 25, 2010
Date of Imposition of Judgment

_____
Signature of Judge

Curtis V. Gómez, Chief Judge
Name and Title of Judge

November 5, 2010
Date

cc: AUSA, N. Paige; Michael Quinn, Esq. and Gregory Hodges, Esq.; Immigration Office; U.S. Marshal's Service; Cynthia Romney; V.I. Police Records - Bureau of Corrections; Order Book
DOB: (10/05/1971)

w:\FORMS\J&C Forms\Revised J&C Dorian L. Swan

0003

DEFENDANT: Dorian L. Swan  
CASE NUMBER: 03:06CR00080-G-010

Judgment — Page __2__ of __6__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **Two hundred ten (210) months.**

That pursuant to Public Law 108-405, revised DNA Collection requirements under the Justice for All Act of 2004, the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons, or at the direction of the U.S. Probation Office.

**X** The court makes the following recommendations to the Bureau of Prisons:
1) That the defendant shall participate in the Inmate Financial Responsibility Program while incarcerated.
2) That the defendant shall enroll in some form of education to include vocational, technical, or college throughout his incarceration.

**X** The defendant is remanded to the custody of the United States Marshal, pending his designation.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

0004

Case: 10-4188   Document: 003110456927   Page: 7   Date Filed: 03/03/2011

AO 245B   (Rev. 12/03) Case 3:06-cr-00080-CVG -RM   Document #: 1260   Filed: 11/08/10   Page 3 of 6
Sheet 3 — Supervised Release

DEFENDANT: Dorian L. Swan
CASE NUMBER: 03:06CR00080-G-010

Judgment—Page __3__ of __6__

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

**Five (5) years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 3C — Supervised Release

---

DEFENDANT:       Dorian L. Swan                                    Judgment—Page __4__ of __6__
CASE NUMBER:     03:06CR00080-G-010

## SPECIAL CONDITIONS OF SUPERVISION

    As a special condition of supervised release, the defendant shall be randomly tested for the use of controlled substances throughout his term of supervised release. If found to be appropriate by the probation officer, the defendant shall be referred to out-patient and/or in-patient substance abuse counseling.

    It is ordered that the defendant shall enroll in some form of higher education while incarcerated. The defendant must continuously attend and complete such higher education to include vocational, technical school, or attending college, even throughout his supervised release. Failure to comply shall result in violation of supervised release.

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT:     Dorian L. Swan
CASE NUMBER:   03:06CR00080-G-010

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

TOTALS     $ _____     $ _____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

0007

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

DEFENDANT: Dorian L. Swan
CASE NUMBER: 03:06CR00080-G-010

Judgment — Page 6 of 6

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

  **$100.00 Special Assessment is due immediately.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

0006

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 3rd day of March 2011 to: Delia Smith, Esquire, United States Attorney's Office, Federal Building and Courthouse 5500 Veterans Drive, Suite 260, U.S. Virgin Islands, 00802-6424, Clerk, District Court of the Virgin Islands located at Federal Building and Courthouse 5500 Veterans Drive, Suite 310, U.S. Virgin Islands, 00802-6424, and the Third Circuit Court of Appeals located at 21400 U.S. Courthouse, 601 Market Street, Philadelphia, Pa. 19106.

_____/s/_____

Alvin E. Entin